FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 JUL 23 PM 1: 21

CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JASON WARREN MCCLURE, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-16 |
| v. | * | |
| WARDEN DERRICK EDGE, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Jason McClure ("McClure") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** McClure's Petition for failure to follow this Court's directive, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court

AO 72A
(Rev. 8/82)

**DENIES** McClure *in forma pauperis* status on appeal.

**SO ORDERED**, this 23 day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA